**FILED**

MAR 1 9 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ROBERT HANRAHAN,  Plaintiff/Petitioner. | No. C 10-0586 PJH (PR)  **ORDER OF DISMISSAL** |

This case was opened when the court received from plaintiff papers that appear to be pages four through nineteen of a legal document. In an effort to protect his rights, a new case was opened. Plaintiff was informed that he had not filed a complaint and was given thirty days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed thirty days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

Plaintiff has written to the court saying that he did not intend to send the papers to this court; they were misdirected. He asks that the case be dismissed and that the papers be sent back to him.

This case is therefore **DISMISSED** without prejudice as opened in error. No fee is due. The clerk shall send a copy of document one to plaintiff with his copy of this order. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: March 19, 2010.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.10\HANRAHAN0586.DSM.wpd